**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------X

Juan Lopez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                       *Plaintiff,*

   - against -

Fluxpace Design & Build LLC, Fluxpace Inc., and Victor Sierra,

                       *Defendants.*
-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_12/6/2022_____

Case No.:22-cv-07605

**STIPULATION**

      Defendants Fluxpace Design & Build LLC, Fluxpace Inc., and Victor Sierra (collectively, the "Defendants"), by their undersigned counsel, agree and stipulate with Plaintiff Juan Lopez (the "Plaintiff"), by their undersigned counsel, as follows:

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants' time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **December 17, 2022**; **and**

      IT IS FURTHER STIPULATED AND AGREED that Defendants waive any defense to personal jurisdiction due to improper service of process;

      IT IS FURTHER STIPULATED AND AGREED that Yassi Law PC is appearing for the **<u>limited purpose</u>** of consenting to an adjournment on behalf of the Defendants;

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:   New York, New York
            November 17, 2022

| | |
|---|---|
| **LEVIN-EPSTEIN & ASSOCIATES, P.C.** | **YASSI LAW P.C.** |
| By: */s/ Jason Mizrahi* | By: */s/ Reza Yassi* |
| Jason Mizrahi, Esq. | Reza Yassi, Esq. |
| 60 East 42nd Street, Suite 4700 | 246 Fifth Avenue, Suite 508 |
| New York, New York 10165 | New York, NY 10001 |
| Tel. No. (212) 792-0048 | Tel. No.: (646) 992-2138 |
| Email: Jason@levinepstein.com | Email: ry@yassilaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated 12/6/2022