UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/30/2022
```

**LOPEZ,** *on behalf of himself and others similarly situated*,

                    **Plaintiff,**

-against-

**FLUXPACE DESIGN & BUILD LLC, ET AL.,**

                    **Defendants.**

22-cv-07605 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' premotion conference letters related to Defendants' anticipated motion to dismiss. ECF Nos. 12, 13. Defendants' request for a premotion conference is **DENIED**. Defendants are hereby **GRANTED** leave to file a motion to dismiss. The parties are directed to adhere to the following briefing schedule:

      **Opening Brief:**      **January 20, 2023**

      **Opposition:**      **February 3, 2023**

      **Reply:**      **February 10, 2023**

**SO ORDERED.**

Dated:   December 30, 2022
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**