USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/14/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOPEZ,

                       Plaintiff,

        -against-

FLUXPACE DESIGN & BUILD LLC, *et al.*,

                    Defendant.

**22-cv-07605 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Following this Court's May 6, 2024 Order to Show Cause, ECF No. 20, Plaintiff established good cause as to why this action ought not be dismissed without prejudice. ECF No. 21. Plaintiff then attempted to obtain certificates of default from the Clerk of the Court and was unsuccessful due to lacking proof or stipulation of service upon Defendants. ECF Nos. 23-25. Accordingly, Plaintiff is hereby **ORDERED** to remedy the lacking proof of service by filing of sufficient stipulation of service or other similar filing by **July 1, 2024**

**SO ORDERED.**

Dated:    **June 14, 2023**
           **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**