USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/27/2024__

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LOPEZ,**<br><br>                              **Plaintiff,**<br><br>            -against-<br><br>**FLUCPACE DESIGN & BUILD LLC,** *et al.*,<br><br>                              **Defendants.** | **22-CV-07605**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will hold a telephonic conference in this action on September 3, 2024 at 2:00 PM.  The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:    August 27, 2024**
            **New York, New York**

*[signature]*

            **ANDREW L. CARTER, JR.**
            **United States District Judge**