**MEMO ENDORSED**

# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

August 29, 2024

<u>**VIA ECF**</u>
The Hon. Andrew L. Carter, Jr., U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/30/2024__

Re:   *Lopez v. Fluxpace Design & Build LLC et al*
<u>**Case No.: 22-cv-07605**</u>

Dear Honorable Judge Carter:

This law firm represents Plaintiff Juan Lopez (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an adjournment of the telephonic conference scheduled for September 3, 2024 at 2:00 p.m. to one of the following proposed dates and times:

1. Thursday, September 5, 2024 after 1:00 p.m.;

2. Friday, September 6, 2024 after 12:00 p.m.; or

3. Tuesday, September 10, 2024.

This is the first request of its kind. If granted, this request would not affect any other Court-scheduled deadlines.

The basis of this request is that the undersigned is currently traveling overseas to, through and including September 4, 2024.

In light of the foregoing, it is respectfully requested that the Court adjourn the telephonic conference scheduled for September 3, 2024 at 2:00 p.m. to one of the proposed dates and times.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:   */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4747
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

SO ORDERED:
[signature]
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2024
The telephonic conference previously scheduled for September 3, 2024 is hereby adjourned to September 10, 2024 at 11 AM. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

1