USDC SDNY
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____ 9/11/2024

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LOPEZ,** | |
| **Plaintiff,** | **22-CV-07605** |
| **-against-** | **Order** |
| **FLUXPACE DESIGN & BUILD LLC,** *et al.*, | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

Whereas the Court was scheduled to hold a telephonic conference in this matter on September 10th at 11 AM and counsel for Defendants did not appear, the Court will hold an additional telephonic conference in this case on Thursday, September 12th at 12:00 PM. Counsel for all Parties are directed to attend. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: September 11, 2024**
    **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**