USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/10/2024_____

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

**LOPEZ,**

**Plaintiff,**

**-against-**

**FLUCPACE DESIGN & BUILD LLC,** *et al.*,

**Defendants.**

**22-CV-07605**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephonic conference set for October 16, 2024 has been rescheduled to 1:00

PM.  The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:    October 10, 2024**
             **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**