USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LOPEZ,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**FLUXPACE DESIGN & BUILD LLC,** *et al.*,<br><br>                              **Defendants.** | 22-CV-07605<br><br><u>Order</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on October 16, 2024, the Court sets the following deadlines:

- **October 23, 2024:** Defendant to provide to Plaintiff financial information about Individual Defendant.
- **October 31, 2024:** Parties to file a joint status report regarding any settlement discussions and the question of whether the Individual Defendant's bankruptcy suggestion stays proceedings related to service on Individual Defendant.

**SO ORDERED.**

**Dated: October 16, 2024**
           **New York, New York**

                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**