USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11/27/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOPEZ,<br><br>                              **Plaintiff,**<br><br>-against-<br><br>FLUXPACE DESIGN & BUILD LLC, *et al.*,<br><br>                             **Defendants.** | 22-CV-07605<br><br><u>Order</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' status update regarding the Individual Defendant's finances and on how the case should proceed in light of Individual Defendant's bankruptcy. The Court hereby **STAYS** the proceedings as to the Individual Plaintiff. Plaintiff, Defendant Fluxpace Design & Build, LLC, and Fluxpace Inc. are **ORDERED** to submit a Joint Status Report on settlement discussions, if any, on or before January 3, 2025.

**SO ORDERED.**

**Dated:  November 27, 2024**
       **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**