UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN LOPEZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,<br><br>        Plaintiff,<br><br>   -against-<br><br>**FLUXPACE DESIGN & BUILD LLC, et al.**<br><br>        Defendants, | 1:22-cv-07605-ALC<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of a report from the Court-annexed mediation program, advising the Court that the parties have reached a settlement in this matter. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than June 17, 2025.

**SO ORDERED.**

Dated: June 3, 2025
     New York, New York

                     _____
                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**