**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JUAN LOPEZ**, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                                  **Plaintiff,**

                    -against-

**FLUXPACE DESIGN & BUILD LLC, et al.**

                                                  **Defendants,**

---

**1:22-cv-07605-ALC**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On November 27, 2024, the Court stayed the proceedings as to the Individual Defendant in this case, Victor Sierra.  ECF No. 42.  On May 23, 2025, the Court learned that mediation in this case resulted in agreement on all of the issues.  Plaintiff is ORDERED to advise the Court no later than June 17, 2025 as to the status of Plaintiff's claims against Individual Defendant.

**SO ORDERED.**

**Dated:    June 3, 2025**
          **New York, New York**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**