MEMO ENDORSED Case 1:22-cv-07605-ALC   Document 49   Filed 06/17/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/17/2025__

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

June 17, 2025

<u>*VIA ECF*</u>
The Hon. Andrew L. Carter, Jr., U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Lopez v. Fluxpace Design & Build LLC et al*
<u>Case No.: 22-cv-07605</u>

Dear Honorable Judge Carter:

This law firm represents Plaintiff Juan Lopez (the "Plaintiff") in the above-referenced matter. This letter is filed jointly with counsel for Defendants Fluxpace Design & Build, LLC, and Fluxpace Inc. (together, the "Corporate Defendants").

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to comply with Your Honor's June 3, 2025 Orders [Dckt. Nos. 46, 47] from June 17, 2025 to, through and including, June 27, 2025.

This is the first request of its kind. If granted, the instant request would not affect any other Court deadlines.

The basis of the request is that the parties are continuing to meet-and-confer, to discuss the method of disposition of the instant matter.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to comply with Your Honor's June 3, 2025 Orders [Dckt. Nos. 46, 47] from June 17, 2025 to, through and including, June 27, 2025.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

New York, NY
June 17, 2025

VIA ECF: All Counsel

1