UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Juan Lopez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                *Plaintiff,*

- against –

Fluxpace Design & Build LLC, Fluxpace Inc., and Victor Sierra,

                                *Defendants*.
---------------------------------------------------------------X

Case No.: 22-cv-07605

**JUDGMENT**

      On June 19, 2025, Plaintiff Juan Lopez (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Fluxpace Design & Build LLC, Fluxpace Inc., and Victor Sierra (the "Defendants") in the amount of Three Thousand One Hundred Fifty Dollars ($3,150.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

    This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated:  July 7, 2025

      New York, NY

                                                      **SO ORDERED**

                                                      _____

                                                      Andrew L. Carter, Jr. U.S.D.J.